THE STATE OF OHIO, APPELLANT, *v.* FLOYD, APPELLEE.

[Cite as State *v.* Floyd (1988), 40 Ohio St. 3d 164.]

(No. 88-1630—Submitted December 13, 1988—Decided December 29, 1988.)

*Michael Miller,* prosecuting attorney, and *Alan C. Travis,* for appellant.

*James Kura,* county public defender, and *John W. Keeling,* for appellee.

The judgment of the court of appeals is reversed and the judgment of conviction of the trial court is reinstated on authority of State v. Johnson (1988), 40 Ohio St. 3d 130, 532 N.E. 2d 1295.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.